Argued June 23, affirmed June 27, 1978

HASTY et ux, *Petitioners,*

*v.*

OREGON LIQUOR CONTROL COMMISSION,
*Respondent.*

(CA 9172)

579 P2d 1311

Steven Paygr, Portland, argued the cause and filed the brief for petitioners.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Markantonatos v. OLCC,* 29 Or App 79, 562 P2d 570 (1977).